UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>     Plaintiff,  <br>     v.  <br>SCOTT ALLEN SCHAFFER,  <br>     Defendant. | **CASE NO. CR 13-0220 MMC**  <br><br>**[PROPOSED] FINAL ORDER OF FORFEITURE** |

On October 22, 2014, the Court entered a Preliminary Order of Forfeiture forfeiting, pursuant to Title 18, United States Code, Section 2428, the following property: Dell computer tower, serial number R992RA00; Dell computer tower, model DHM; Nikon Coolpix L22, serial number 32361480; and Sony DCR-DVD 300 video camera, serial number 331587.

The United States has complied with the publication notice requirements of the Preliminary Order and no petitions have been filed.

THEREFORE, it is so ordered that the above-described property shall be forfeited to the United States, pursuant to Title 18, United States Code, Section 2428. All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: January 6, 2015

_____  
MAXINE M. CHESNEY  
United States District Judge